**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DEBRA DURR,                                    )
                                               )
                       Plaintiff,              )
                                               )
v.                                             )      2:25-cv-180
                                               )
BABLIN, INC.,                                  )
                                               )
                       Defendant.              )
                                               )

## ORDER OF COURT

This action has been resolved and the only matter remaining to be completed is the

submission of a stipulation for dismissal. IT IS HEREBY ORDERED that the Clerk mark the

above-captioned action CLOSED. IT IS FURTHER ORDERED that the Court expressly retains

jurisdiction of this matter to consider any issue arising during the period when such stipulation is

being finalized, including but not limited to enforcing any settlement.


                                               s/ Mark R. Hornak
                                               Mark R. Hornak
                                               Chief United States District Judge


Dated:  June 20, 2025